| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Collyer, Rosemary M. | 2. Court or Organization<br><br>District Court - Washington DC | 3. Date of Report<br><br>04/24/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior Status (Inactive since 3/14/20) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☐ Annual ☑ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>03/13/2020 |
| 7. Chambers or Office Address<br><br>E Barrett Prettyman Courthouse<br>333 Constitution Avenue, NW<br>Washington, DC 20001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME <br> (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Charles Schwab, Inc. | Pledged Asset Line of Credit | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2.  - BRKA - Common Class A | | None | N | T | | | | | |
| 3.  - BRKB - Common Class B | | None | M | T | | | | | |
| 4.  - Schwab Cash Equivalent Accounts | B | Int./Div. | M | T | | | | | |
| 5.  - T Rowe Price Maryland Tax Free Bond Fund (MDXBX) | C | Dividend | M | T | | | | | |
| 6.  - HTGC - Common | C | Dividend | | | Sold | 06/26/19 | L | A | |
| 7.  - TSLA - Common | | None | K | T | Buy | 10/28/19 | K | | |
| 8.  IRA #1 (H) | | | | | | | | | |
| 9.  - Schwab Cash Equivalent Accounts | A | Int./Div. | N | T | | | | | |
| 10.  - UST Inflation Index Notes 3.625% TIPS | C | Interest | | | Sold | 08/26/19 | M | E | |
| 11.  - IWF - ETF | A | Dividend | L | T | | | | | |
| 12.  - KMI - Common | B | Dividend | K | T | | | | | |
| 13.  - WPC - Common | C | Dividend | | | Sold | 07/19/19 | L | E | |
| 14.  - VHT - ETF | B | Dividend | M | T | | | | | |
| 15.  - PFE - Common | B | Dividend | | | Sold | 06/22/19 | L | E | |
| 16.  - DWM - ETF | B | Dividend | K | T | | | | | |
| 17.  - SKT - Common | C | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - VZ - Common | C | Dividend | | | Sold (part) | 01/18/19 | L | D | |
| 19. | | | | | Sold | 06/28/19 | J | A | |
| 20. - GILD - Common | B | Dividend | L | T | | | | | |
| 21. - PFE - Call Option Jun19 42.00 | | | | | Redeemed | 06/21/19 | J | D | |
| 22. - VZ - Call Option Jan19 52.50 | | | | | Redeemed | 01/08/19 | J | B | |
| 23. - TDF - Closed End Fund | B | Dividend | K | T | Sold (part) | 02/25/20 | K | A | |
| 24. - GSBD - Common | B | Dividend | | | Sold | 08/15/19 | L | A | |
| 25. - ABBV - Common | C | Dividend | L | T | Buy | 01/09/19 | L | | |
| 26. - WPC - Call Option Jul19 80.00 | | None | | | Sell Short | 03/21/19 | J | | |
| 27. | | | | | Redeemed | 07/19/19 | J | A | |
| 28. - T - Common | | None | K | T | Buy | 03/09/20 | K | | |
| 29. - WPC - Common | | None | K | T | Buy | 03/09/20 | K | | |
| 30. IRA #2 (H) | | | | | | | | | See Part VIII (c) |
| 31. - Schwab Cash Equivalent Accounts | B | Int./Div. | | | | | | | See Part VIII (c) |
| 32. - TSLA - Common | | None | | | Sold (part) | 03/05/19 | K | E | |
| 33. | | | | | Sold (part) | 10/25/19 | K | E | |
| 34. | | | | | Sold | 10/28/19 | K | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - HTA - Common | B | Dividend | | | Sold | 09/29/19 | L | A | |
| 36. - KHC - Common | A | Dividend | | | Sold | 02/27/19 | K | A | |
| 37. - BABA - ADR | | None | | | Sold | 12/05/19 | L | C | |
| 38. - RDS/B - ADR | C | Dividend | | | Sold | 11/11/19 | L | A | |
| 39. - CSCO - Common | A | Dividend | | | Buy | 01/25/19 | L | | |
| 40. | | | | | Sold | 07/03/19 | L | C | |
| 41. - CSCO - Call Option Jul19 50.00 | | None | | | Sell Short | 01/25/19 | J | | |
| 42. | | | | | Redeemed | 07/03/19 | J | B | |
| 43. - NLY - Common | C | Dividend | | | Buy | 06/17/19 | K | | |
| 44. | | | | | Sold | 12/21/19 | K | A | |
| 45. - NLY - Call Option Dec19 9.00 | | None | | | Sell Short | 10/28/19 | J | | |
| 46. | | | | | Redeemed | 12/21/19 | J | A | |
| 47. - BABA - Call Option Jan20 170.00 | | None | | | Sell Short | 08/02/19 | J | | |
| 48. | | | | | Closed | 12/05/19 | J | A | |
| 49. IRA #4 (H) | | | | | | | | | |
| 50. - Schwab Cash Equivalent Accounts | B | Int./Div. | M | T | | | | | |
| 51. - PG - Common | A | Dividend | | | Sold | 01/23/19 | L | D | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - CII - Closed End Fund | A | Dividend | | | Sold | 02/22/19 | L | D | |
| 53.   - XLF - ETF | A | Dividend | | | Sold (part) | 06/26/19 | K | B | |
| 54. | | | | | Sold | 07/08/19 | J | A | |
| 55.   - PFF - ETF | C | Dividend | L | T | Buy (add'l) | 03/07/19 | K | | |
| 56.   - NLY - Common | C | Dividend | | | Sold | 04/12/19 | L | A | |
| 57.   - BPY - MLP | B | Dividend | K | T | | | | | |
| 58.   - XOM - Common | B | Dividend | | | Sold | 11/07/19 | L | A | |
| 59.   - XOM - Call Option Jun19 90.00 | | None | | | Closed | 03/29/19 | J | B | |
| 60.   - DOC - Common | B | Dividend | | | Sold (part) | 07/18/19 | K | C | |
| 61. | | | | | Sold | 10/22/19 | L | D | |
| 62.   - VTR - Common | C | Dividend | L | T | | | | | |
| 63.   - VTR - Call Option Aug19 62.50 | | None | | | Sell Short | 01/23/19 | J | | |
| 64. | | | | | Closed | 02/27/19 | J | A | |
| 65.   - VTR - Call Option Jan20 65.00 | | None | | | Sell Short | 02/27/19 | J | | |
| 66. | | | | | Closed | 11/18/19 | J | B | |
| 67.   - XOM - Call Option Jan20 87.50 | | None | | | Sell Short | 03/29/19 | J | | |
| 68. | | | | | Closed | 08/12/19 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - XOM - Call Option Jan20 75.00 | | None | | | Sell Short | 08/12/19 | J | | |
| 70. | | | | | Closed | 11/07/19 | J | A | |
| 71. - REM - ETF | C | Dividend | L | T | Buy | 04/12/19 | L | | |
| 72. - RQI - Closed End Fund | C | Dividend | | | Buy | 04/22/19 | L | | |
| 73. | | | | | Sold | 02/07/20 | L | D | |
| 74. - PCI - Closed End Fund | C | Dividend | L | T | Buy | 04/20/19 | L | | |
| 75. - HPI - Closed End Fund | A | Dividend | | | Buy | 04/22/19 | K | | |
| 76. | | | | | Sold | 07/19/19 | L | B | |
| 77. - JPS - Closed End Fund | B | Dividend | K | T | Buy | 04/22/19 | L | | |
| 78. - UTG - Closed End Fund | A | Dividend | | | Buy | 08/07/19 | K | | |
| 79. | | | | | Sold<br>(part) | 09/30/19 | K | A | |
| 80. | | | | | Sold | 11/04/19 | J | A | |
| 81. - SKT - Common | | None | K | T | Buy | 12/30/19 | K | | |
| 82. - SPG - Common | | None | K | T | Buy | 12/30/19 | K | | |
| 83. - RQI - Closed End Fund | | None | K | T | Buy | 02/27/20 | K | | |
| 84. | | | | | Buy<br>(add'l) | 03/09/20 | K | | |
| 85. - HPI - Closed End Fund | | None | K | T | Buy | 03/10/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collyer, Rosemary M. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   IRA #5 (H) | | | | | | | | | |
| 87.   - Schwab Cash Equivalent Accounts | A | Int./Div. | L | T | | | | | |
| 88.   - PAGP - Common Class A | B | Dividend | | | Sold | 03/29/19 | L | A | |
| 89.   - LTC - Common | C | Dividend | L | T | | | | | |
| 90.   - T - Common | B | Dividend | | | Sold | 09/20/19 | L | C | |
| 91.   - CODI - Common | B | Dividend | | | Sold | 11/14/19 | L | D | |
| 92.   - IRM - Common | C | Dividend | K | T | | | | | |
| 93.   - D - Common | C | Dividend | L | T | | | | | |
| 94.   - KIM - Common | C | Dividend | K | T | Sold<br>(part) | 09/30/19 | K | D | |
| 95.   - ARCC - Common | C | Dividend | L | T | | | | | |
| 96.   - KRG - Common | C | Dividend | L | T | | | | | |
| 97.   - ENB - ADR | C | Dividend | L | T | Buy | 03/29/19 | L | | |
| 98.   - T - Call Option Sep19 34.00 | | None | | | Sell Short | 07/18/19 | J | | |
| 99. | | | | | Redeemed | 09/20/19 | J | B | |
| 100.  - LTC - Call Option Feb20 50.00 | | None | | | Sell Short | 08/29/19 | J | | |
| 101. | | | | | Closed | 11/18/19 | J | B | |
| 102.  - BGR - Closed End Fund | B | Dividend | L | T | Buy | 09/24/19 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - AFINP - Preferred | A | Dividend | K | T | Buy | 10/22/19 | K | | |
| 104.  Merrill Lynch Cash Management Account | A | Int./Div. | K | T | | | | | See Part VIII (d) |
| 105.  Citibank Checking Account | A | Interest | J | T | | | | | |
| 106. | | | | | | | | | |
| 107. | | | | | | | | | |
| 108. | | | | | | | | | |
| 109. | | | | | | | | | |
| 110. | | | | | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collyer, Rosemary M.** | 04/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART I: - Line 1 refers to a trust that is unfunded and has no assets. Lines 2 and 3 refer to trusts established on 12/28/12. These trusts, documented in Part VII prior to 2014, are no longer shown in Part VII in accordance with revised filing instructions.

PART VII:

(a) In the description of assets the abbreviation ADR refers to American Depositary Receipts (shares of foreign companies trading on U.S. exchanges); ETF refers to Exchange Traded Funds (index funds that trade as common stocks); MLP refers to Master Limited Partnerships (partnerships that are traded publicly on an exchange).

(b) Lines 4, 9, 31, 50 and 87 are aggregated Schwab cash equivalent accounts containing one or more of the following: Schwab Value Advantage Municipal Money Fund; Schwab Value Advantage Money Fund, Schwab Cash Account, Charles Schwab Bank Deposit Accounts, and/or Schwab Cash Reserves. They are aggregated here per the Filing Instructions. These account balances change frequently as a result of securities purchases or sales, cash transfers, and dividends or interest received. The income received and ending values are shown as required.

(c) Lines 30 and 31 : IRA#2 was closed in January 2020. All securities were liquidated and cash was transferred to Brokerage Account #1.

(d) Line 104 refers to an aggregated cash equivalent account at Merrill Lynch that pays both dividends (for Merrill Lynch CMA Money Fund) and interest (for Merrill Lynch Bank Deposit Program). This is not a brokerage acccount, and no individual stocks, bonds or other assets are held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rosemary M. Collyer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544